# KASOWITZ LLP

DANIEL J. FETTERMAN
DIRECT DIAL: (212) 506-1934
DIRECT FAX: (212) 500-3434
DFetterman@kasowitz.com

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

August 11, 2025

**VIA E-MAIL AND ECF**

Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re: *XP Inc. et al. v. Grizzly Research LLC et al.*, Case No. 1:25-cv-05564-JPC – Order to Show Cause and Voluntary Dismissal

Dear Judge Cronan:

On behalf of Plaintiffs XP Inc. and XP Investimentos CCTVM S.A. (together, "XP"), we write in response to Your Honor's order directing XP to explain "why the Court may properly exercise diversity jurisdiction over this action." (ECF No. 20.)

Following the commencement of this action, Defendants disclosed that Siegfried Eggert is a German citizen. (ECF No. 18.) As the Court notes in its order, this fact appears to alter the jurisdictional analysis because the "presence of aliens on two sides of a case destroys diversity jurisdiction." *Corporacion Venezolana de Fomento v. Vintero Sales Corp.*, 629 F.2d 786, 790 (2d Cir. 1980). Based strictly on the jurisdictional issues occasioned by Mr. Eggert's citizenship, about which XP learned following his disclosure, XP intends to file a notice of voluntary dismissal, without prejudice, pursuant to Rule 41(a)(1)(A)(i).

We thank the Court for its consideration.

Respectfully,

*/s/ Daniel J. Fetterman*
Daniel J. Fetterman