UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XP Inc. and XP Investimentos CCTVM S.A., *Plaintiffs*, v. Grizzly Research LLC and Siegfried G. Eggert, *Defendants*. | Case No.: 1:25-cv-05564-JPC NOTICE OF DISMISSAL WITHOUT PREJUDICE |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs XP Inc. and XP Investimentos CCTVM S.A. hereby notice the dismissal of their claims against Defendants Grizzly Research LLC and Siegfried G. Eggert, without prejudice, prior to Defendants serving an answer or motion for summary judgment.

Based on the Defendants' disclosure regarding their respective citizenship, the Court lacks subject matter jurisdiction. Accordingly, this notice of dismissal shall not be construed as a dismissal by Plaintiffs for any reason other than that the Court lacks subject matter jurisdiction over the action.

Dated: New York, New York
August 18, 2025

                                  KASOWITZ LLP

                    By:   */s/ Daniel J. Fetterman*
                          Daniel J. Fetterman (dfetterman@kasowitz.com)
                          Brian S. Choi (bchoi@kasowitz.com)
                          Gabriel Santos Neves
                          (gsantosneves@kasowitz.com)

                          1633 Broadway
                          New York, New York 10019
                          Tel.: (212) 506-1700

Fax: (212) 506-1800

*Attorneys for Plaintiffs XP Inc. and XP Investimentos CCTVM S.A.*